UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------
UNITED STATES OF AMERICA                    ORDER TO APPEAR

  -against-                                                CR-05-0822 (DRH)
                                                                         CR-05-0834 (DRH)

MARK INGRAM
----------------------------------------------------------x

       IT IS HEREBY ORDERED that the defendant, MARK INGRAM, and current defense counsel in the above named case appear before this Court **on FRIDAY, OCTOBER 26, 2007 AT 3:00 PM** at the United States District Court for the Eastern District of New York, **Courtroom 930, 100 FEDERAL PLAZA, CENTRAL ISLIP, NEW YORK.**

       The purpose of the appearance is to address defense counsel's motion to be relieved**.** Failure to appear will result in a warrant for the defendant's arrest.

       SO ORDERED.

                                                                 /s/
                                                 DENIS R. HURLEY,
                                 UNITED STATES. DISTRICT JUDGE

DATED: Central Islip, New York
         October 3, 3007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------
UNITED STATES OF AMERICA                             ORDER TO APPEAR

   -against-                                               CR-05-0822 (DRH)
                                                     CR-05-0834 (DRH)
MARK INGRAM
-----------------------------------------------------x


      IT IS HEREBY ORDERED that the defendant, MARK INGRAM, and current defense counsel in the above named case appear before this Court **on FRIDAY, OCTOBER 26, 2007 AT 3:00 PM** at the United States District Court for the Eastern District of New York, **Courtroom 930, 100 FEDERAL PLAZA, CENTRAL ISLIP, NEW YORK.**

    The purpose of the appearance is to address defense counsel's motion to be relieved**.** Failure to appear will result in a warrant for the defendant's arrest.


    SO ORDERED.


                                                        /s/
                                        DENIS R. HURLEY,
                           UNITED STATES. DISTRICT JUDGE



DATED: Central Islip, New York
       October 3, 3007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------

UNITED STATES OF AMERICA                    ORDER TO APPEAR

  -against-                                            CR-05-0822 (DRH)
                                                                                                                   CR-05-0834 (DRH)

MARK INGRAM
-----------------------------------------------------------x


     IT IS HEREBY ORDERED that the defendant, MARK INGRAM, and current defense counsel in the above named case appear before this Court **on FRIDAY, OCTOBER 26, 2007 AT 3:00 PM** at the United States District Court for the Eastern District of New York, **Courtroom 930, 100 FEDERAL PLAZA, CENTRAL ISLIP, NEW YORK.**

     The purpose of the appearance is to address defense counsel's motion to be relieved**.** Failure to appear will result in a warrant for the defendant's arrest.


     SO ORDERED.


                                                                                                /s/
                                                              DENIS R. HURLEY,
                                           UNITED STATES. DISTRICT JUDGE



DATED: Central Islip, New York
          October 3, 3007