UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------

UNITED STATES OF AMERICA                    ORDER TO APPEAR

  -against-                                          CR-05-0822 (DRH)
                                                          CR-05-0834 (DRH)

MARK V. INGRAM

----------------------------------------------------------x


     IT IS HEREBY ORDERED  that the defendant, MARK V. INGRAM, and current defense counsel in the above named case appear before this Court **on FRIDAY,  MARCH 28, 2008  AT 2:00 PM** at the United States District Court for the Eastern District of New York, **Courtroom 930, 100 FEDERAL PLAZA, CENTRAL ISLIP, NEW YORK.**

     The purpose of the appearance is to address defense counsel's motion to be relieved**.**

     **FAILURE TO APPEAR WILL RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST**


     SO ORDERED.


                              _____
                               DENIS R. HURLEY,
                     UNITED STATES DISTRICT JUDGE


DATED: Central Islip, New York
       February 15, 2008