```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA,
                                          MEMORANDUM AND ORDER
        -against-                         05-CR-0822(DRH)
                                          05-CR-0834(DRH)
MARK V. INGRAM,

                Defendant.
--------------------------------X
```

APPEARANCES:

For the Government:
    Benton J. Campbell
    United States Attorney
    610 Federal Plaza
    Central Islip, New York 11722
      By: Richard Donoghue, A.U.S.A.

For Defendant:
    Mark V. Ingram, Pro Se
    325 Allendale Place
    Flint, Michigan 48503

HURLEY, Senior District Judge

      Pending before the Court are various pro se motions made by Mark V. Ingram ("defendant" or "Ingram") seeking, inter alia, an order declaring that this Court lacks "territorial jurisdiction" over the criminal charges that have been leveled against him, thus mandating that those charges be dismissed and that his November 30, 2005 pleas of guilty to some of those charges be vacated. (Oct. 24, 2007 Aff. of "Negative Averment on Lack of Territorial Jurisdiction," p. 1.)

      During the last Court appearance on May 28, 2008, defendant's application for additional time to submit reply papers in further support of the relief requested was granted. Also at that time, the sentencing date of July 18, 2008 at 2:00

p.m. was scheduled, subject to the following conditions as then explained:

    1. following the Court's receipt of defendant's Reply, I would peruse all the submissions and decide the application; and

    2. upon doing so, the parties would be notified immediately as to whether defendant's motion was granted or denied, with the Court's reasons for that determination to be given via a bench decision on July 18, 2008.

The parties are hereby advised that the defendant's applications are denied as being devoid of merit and, accordingly, both sides are directed to be ready to proceed to sentencing on July 18, 2008 beginning at 2:00 p.m.

On May 28, 2008, defendant advised the Court that if his motions were denied, he wanted the assistance of assigned counsel for purposes of sentence. Accordingly, Raymond Colon, Esq. is hereby assigned to represent defendant for that purpose.

SO ORDERED.

Dated: Central Islip, New York
       June 16, 2008

                                        /s/
                              DENIS R. HURLEY, U.S.D.J.