UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,

                                        <u>MEMORANDUM AND ORDER</u>
            -against-                      05-CR-0822(DRH)
                                           05-CR-0834(DRH)
MARK V. INGRAM,

                        Defendant.
------------------------------X
A P P E A R A N C E S:

For the Government:
      Benton J. Campbell
      United States Attorney
      610 Federal Plaza
      Central Islip, New York 11722
        By: Richard Donoghue, A.U.S.A.

For Defendant:
      Raymond L. Colon, Esq.
      233 Broadway, 5th Floor
      New York, New York 10279

HURLEY, Senior District Judge

            Consistent with prior discussions had with defendant on

May 28, 2008, the Court, by Order dated June 16, 2008, appointed

Raymond L. Colon, Esq. as defendant's attorney for purposes of

sentencing.  Defendant is hereby directed to contact Mr. Colon at

his office telephone number, to wit 212-964-8030 between the

hours of 10:00 a.m. and 4:30 p.m. on a Monday through Friday on

or before July 28, 2008.

            A copy of this Order has not only been provided to the

attorneys, but also has been sent directly to defendant.

            SO ORDERED.

Dated: July 18, 2008
       Central Islip, New York




                        _____/s/_____
                        DENIS R. HURLEY, U.S.D.J.